United States District Court
Southern District of Texas
Galveston Division

| | | |
|---|---|---|
| **GalTex Pilots Service Corporation** | § § | |
| *Plaintiff* | § § | Civil Action No. 3:22-cv-45 |
| versus | § § | Federal Question |
| | § § | |
| **James Andrews,** *individually*; | § | |
| **John Mercadante, III,** *individually*; and, | § | |
| **OnWatchEnterprises, LLC** | § | |
| *Defendants* | § | |

**Plaintiffs' Notice re: Doc #28 and Rule 41 Joint Stipulation of Dismissal With Prejudice**

To the Honorable Judge Andrew Edison:

Plaintiff GalTex Pilots Service Corporation provides notice that Defendants have fully complied with the settlement terms as instructed by the Court in its Order of June 13, 2022. Therefore, the parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the dismissal of this action with prejudice.

Respectfully submitted,

With the Consent of:

| NICHOLS BRAR WEITZNER & THOMAS LLP | THE CREW LAW FIRM |
|---|---|
| By: */s/ Kip Brar* | By: */s/ Paxton N. Crew* |
| Kip Brar | Paxton N. Crew |
| Texas Bar No. 24067333 | Texas State Bar No. 24058720 |
| S.D. Bar No. 1055559 | 303 E. Main Street, Suite 260 |
| kbrar@nicholsbrar.com | League City, Texas 77573 |

| | |
|---|---|
| 2402 Dunlavy Street, Suite 2000<br>Houston, Texas 77006<br>Telephone: (713) 405-7099 | Telephone: 409-204-0050<br>Facsimile: 409-908-4050<br>paxton@thecrewlawfirm.com |
| **ATTORNEYS FOR DEFENDANT JAMES ANDREWS** | **ATTORNEY FOR PLAINTIFF, GALTEX PILOTS SERVICE CORPORATION** |

THE VETHAN LAW FIRM, P.C.

BY: /S/ *CHARLES M.R. VETHAN*
CHARLES M. R. VETHAN
ATTORNEY-IN-CHARGE
TEXAS BAR NO. 00791852
CAMERON WEIR
TEXAS BAR NO. 24088616
JENS SANDBERG
TEXAS BAR NO. 24105252
TWO MEMORIAL PLAZA
820 GESSNER ROAD, SUITE 1510
HOUSTON, TEXAS 77024
TELEPHONE: (713) 526-2222
EMAIL: edocs@vwtexlaw.com
 **ATTORNEYS FOR DEFENDANTS JOHN MERCADANTE III, AND ONWATCH ENTERPRISES, LLC**

### Certificate of Service

I, Paxton N. Crew do certify that I filed the foregoing document with the Electronic Case Filing System with the Southern District of Texas, Galveston Division on August 25, 2022.